■ CNY MECHANICAL ASSOCIATES, INC., Respondent, v FIDELITY & GUARANTY INSURANCE COMPANY, Appellant. (Appeal No. 2.) [624 NYS2d 996] —Order unanimously affirmed without

costs. Same Memorandum as in *CNY Mech. Assocs. v Fidelity & Guar. Ins. Co.* (212 AD2d 989 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Mordue, J.— Amend Answer.) Present—Denman, P. J., Balio, Lawton, Callahan and Doerr, JJ.